## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| FERMIN ALVARADO-PONCE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO 18-0333-CG-MU |
| ) | |
| UNITED STATES OF AMERICA, ) | CRIM ACTION 16-0196-CG-MU |
| ) | |
| Respondent ) | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 31, 2020, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of April, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE