IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FERMIN ALVARADO-PONCE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION NO 18-0333-CG-MU |
| UNITED STATES OF AMERICA, | ) ) CRIM ACTION 16-0196-CG-MU |
| Respondent | ) ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's rights were not violated in this cause and that his motion to vacate, set aside or correct his sentence (Doc. 81) is due to be, and hereby is, **DENIED**.   Alvarado-Ponce is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 29th day of August, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE